UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2011 AUG -9 PM 12: 17

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| MICHAEL C. SMART,<br>Reg. No. 67814-280,<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | § § § § § § § § § | EP-11-CV-0317-DB<br>EP-10-CR-2902-DB |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order of this Court signed on this date, the Court enters its final judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, as follows:

**IT IS ORDERED** that Movant Michael C. Smart's *pro se* motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence [ECF No. 116] and civil cause **EP-11-CV-0317-DB** are **DISMISSED WITHOUT PREJUDICE.**

**IT IS ALSO ORDERED** that Movant Michael C. Smart is **DENIED a CERTIFICATE OF APPEALABILITY.**

**IT IS FURTHER ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this _____ day of August 2011.

DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE